**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESMEN MILLER,<br><br><br><br><br>PLAINTIFF(S)<br><br>v.<br><br>JEREMIAH HOOPER and<br>NICHOLAS ADRAGNA,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 13-00246-MMM(MANx)<br><br><br><br>**JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  Margaret M. Morrow ,
District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Desmen Miller
_____

_____

take nothing; that the  action be dismissed on the  merits; and that the defendant(s):

_____

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 4/9/14 _____          By  ANEL HUERTA _____
                                           Deputy Clerk

At: _____

cc:    Counsel of record

CV-44 (11/96)                    **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**